# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEVEN NELSON MURRAY,

    Petitioner,

vs.

BRIAN E. WILLIAMS, *et al.*,

    Respondents.

2:12-cv-02212-JCM-VCF

**ORDER**

This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner.

Petitioner has filed a motion to proceed *in forma pauperis*. (ECF No. 1). Based on the information regarding petitioner's financial status, the court grants the motion to proceed *in forma pauperis*.

Petitioner has filed a motion to file a petition that exceeds the page limit. (ECF No. 3). As to the petition on file, and with good cause appearing, the motion is granted.

Petitioner has filed a motion for the appointment of counsel. (ECF No. 2). There is no constitutional right to appointed counsel for a federal habeas corpus proceeding. *Pennsylvania v. Finley*, 481 U.S. 551, 555 (1987); *Bonin v. Vasquez*, 999 F.2d 425, 428 (9th Cir. 1993). The

decision to appoint counsel is generally discretionary. *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986), *cert. denied*, 481 U.S. 1023 (1987); *Bashor v. Risley*, 730 F.2d 1228, 1234 (9th Cir.), *cert. denied*, 469 U.S. 838 (1984).  The petition on file in this action is well-written and sufficiently clear in presenting the issues that petitioner wishes to bring.  The issues in this case are not complex.  It does not appear that counsel is justified in this instance.  The motion is denied.

The petition shall now be filed and served on respondents.  A petition for federal habeas corpus should include all claims for relief of which petitioner is aware.  If petitioner fails to include such a claim in his petition, he may be forever barred from seeking federal habeas relief upon that claim.  *See* 28 U.S.C. §2254(b) (successive petitions).

**IT IS THEREFORE ORDERED** that the application to proceed *in forma pauperis* (ECF No. 1) is **GRANTED**.  The clerk **SHALL FILE** the petition for a writ of habeas corpus.

**IT IS FURTHER ORDERED** that petitioner's motion to file a petition that exceeds the page limit (ECF No. 3), as to the petition on file, is **GRANTED.**

**IT IS FURTHER ORDERED** that petitioner's motion for the appointment of counsel (ECF No. 2) is **DENIED.**

**IT IS FURTHER ORDERED** that the clerk shall **ELECTRONICALLY SERVE** the petition (ECF No. 1-1) upon the respondents.

**IT IS FURTHER ORDERED** that respondents shall have **forty-five (45)** days from entry of this order within which to answer, or otherwise respond to, the petition.  In their answer or other response, respondents shall address all claims presented in the petition.  Respondents shall raise all potential affirmative defenses in the initial responsive pleading, including lack of exhaustion and procedural default.  **Successive motions to dismiss will not be entertained**.  If an answer is filed, respondents shall comply with the requirements of Rule 5 of the Rules Governing Proceedings in the United States District Courts under 28 U.S.C. §2254.  If an answer is filed, petitioner shall have **forty-five (45) days** from the date of service of the answer to file a reply.

1    **IT IS FURTHER ORDERED** that any state court record exhibits filed by respondents shall
2 be filed with a separate index of exhibits identifying the exhibits by number or letter.  The hard copy
3 of all state court record exhibits shall be forwarded, for this case, to the staff attorneys in the **Reno**
4 division of the clerk of court.

5    **IT IS FURTHER ORDERED** that, henceforth, petitioner shall serve upon the attorney
6 general of the state of Nevada a copy of every pleading, motion, or other document he submits for
7 consideration by the court.  Petitioner shall include with the original paper submitted for filing a
8 certificate stating the date that a true and correct copy of the document was mailed to the attorney
9 general.  The court may disregard any paper that does not include a certificate of service.  After
10 respondents appear in this action, petitioner shall make such service upon the particular deputy
11 attorney general assigned to the case.

12    Dated  April 9, 2013.

14    _____
15    UNITED STATES DISTRICT JUDGE

3