|    |                              |                                |
|----|------------------------------|--------------------------------|
|    | UNITED STATES DISTRICT COURT |                                |
|    | DISTRICT OF NEVADA           |                                |
|    | * * *                        |                                |
|    | STEVE NELSON MURRAY,         | Case No. 2:12-cv-02212-RFB-VCF |
|    | Petitioner,                  |                                |
|    | v.                           | **ORDER**                      |
|    | BRIAN WILLIAMS, SR., et al., |                                |
|    | Respondents.                 |                                |

The Court has before it a Motion for Reconsideration (ECF No. 49) and a Motion for Leave to File an Amended Petition (ECF No. 50). The Court had previously granted the motions by minute order (ECF No. 55). This brief written order follows.

For the reasons stated in both motions, the Court grants the motions. Petitioner had previously filed an uncounseled petition. Upon review of the motions and the Petitioner's previously filed petition, the Court finds it appropriate to reconsider its prior order (ECF No. 23). The Court is persuaded by Petitioner's arguments that it would be just and appropriate to permit Petitioner to file an amended petition with counsel. The Court does not find that Respondents will be prejudiced by the Court reconsidering its previous order.

**IT IS THEREFORE ORDERED** that the Court's prior order (ECF No. 23) is vacated. The Respondents' Motion to Partially Dismiss motion to dismiss (ECF No. 10) is denied without prejudice.

\

**IT IS FURTHER ORDERED** that the Motion for Reconsideration (ECF No. 49) and the Motion for Leave to File an Amended Petition (ECF No. 50) are granted. Petitioner shall file his amended petition within sixty (60) days.

**DATED** this 5th day of July, 2018.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**