UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| STEVEN NELSON MURRAY, | Case No. 2:12-cv-02212-RFB-VCF |
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 58) is GRANTED. Petitioner shall have to and including November 5, 2018, to file an amended petition for writ of habeas corpus in this case.

IT IS SO ORDERED.

DATED this 4th day of September, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE