UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVEN NELSON MURRAY, | Case No. 2:12-cv-02212-RFB-VCF |
|---|---|
| Petitioner, | ORDER |
| v. | |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Petitioner's unopposed motion for extension of time (ECF No. 65) is GRANTED. Petitioner will have until March 25, 2019, to file an opposition to respondents' motion to dismiss.

IT IS SO ORDERED.

DATED this 23rd day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1