AARON D. FORD
  Attorney General
Michael J. Bongard (Bar. No. 7997)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
1539 Avenue F, Suite 2
Ely, NV 89301
(775) 289-1632 (phone)
(775) 289-1653 (fax)
mbongard@ag.nv.gov

Attorneys for Respondents

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN NELSON MURRAY, | Case No. 2:12-cv-02212-RFB-VCF |
| Petitioner, | |
| vs. | **UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO REPLY TO THE OPPOSITION TO THE MOTION TO DIMISSS AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 64)** |
| BRIAN WILLIAMS, SR., et al., | |
| Respondents. | |

Respondents, through legal counsel, Aaron D. Ford, Attorney General of The State of Nevada, and Michael J. Bongard, Senior Deputy Attorney General, hereby move this court for a thirty (30) day enlargement of time, up to and including May 1, 2019, in which to submit the reply to Petitioner Steven Murray's Opposition to Motion to Dismiss Amended Petition for Writ of Habeas Corpus by a Person in State Custody Pursuant to 28 U.S.C. §2254. (ECF No. 64). The reply is currently due April 1, 2019.

Respondents base this motion on the declaration of Counsel.

This is Respondents' first request for an extension of time in which to file a reply and made in good faith and not for purposes of delay.

DATED this 27th day of March, 2019.

AARON D. FORD
Attorney General

By:/s/ Michael J. Bongard_____
    Michael J. Bongard (Bar No. 007997)
    Senior Deputy Attorney General

## DECLARATION OF MICHAEL J. BONGARD

1.      I am a Deputy Attorney General employed by the Attorney General's Office of the State of Nevada in the Bureau of Criminal Justice, and I make this declaration on behalf of Respondents' Unopposed Motion for Enlargement of Time to file the reply to the opposition to the motion to dismiss (First Request) in the above-captioned case. By this motion, I am requesting a thirty (30) day enlargement of time, up to and including, May 1, 2019, to file and serve the reply. The reply is currently due April 1, 2019.

2.      Murray filed the opposition to the motion to dismiss on March 25, 2019. The reply consists of thirty three (33) pages.

3.      Counsel is currently working on the sur-reply and the opposition to the motion for evidentiary hearing in *Lisle v. Gittere, et al.*, USDC Case Number 2:03-cv-1006-MMD-CWH (death penalty case). The responses are due on April 1, 2019.

4.      Counsel will additionally be out of the Ely office on Friday, March 29, 2019, for the purposes of teaching a class for Nevada Department of Corrections Investigators and for conducting a moot court for an upcoming oral argument in *Brown v. Filson, et al*., Ninth Circuit Case Number 18-15663.

5.      On March 25, 2019, Counsel e-mailed opposing counsel, Mr. Jeremy Baron, to determine whether he would oppose this request for enlargement of time. Mr. Baron stated that he does not oppose this motion.

For these reasons, Counsel respectfully asks this Court to grant the request for an extension of time of thirty (30) days to file the response to the petition.

DATED this 27th day of March, 2019.

IT IS SO ORDERED:

By:/s/ Michael J. Bongard
　　Michael J. Bongard (Bar No. 007997)
　　Senior Deputy Attorney General

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this  28th day of March, 2019.

## CERTIFICATE OF SERVICE

I certify that I electronically filed the foregoing *Unopposed Motion for an Extension of Time to Reply to the Opposition to the Motion to Dismiss Amended Petition for Writ of Habeas Corpus,* with the Clerk of the Court for the United States District Court by using CM/ECF system on March 27, 2019.

The following participants in this case are registered CM/ECF users and will be served electronically.

Jeremy C. Baron
Assistant Federal Public Defender
411 E. Bonneville Ave., Suite 250
Las Vegas, NV 89101

/s/ D. Simon
An Employee of the Office of the Attorney General