UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN NELSON MURRAY,<br><br>　　　　　　　Petitioner,<br>　v.<br>BRIAN E. WILLIAMS, SR., et al.,<br><br>　　　　　　　Respondents. | Case No. 2:12-cv-02212-RFB-VCF<br><br>**ORDER** |

Good cause appearing, Respondents' first unopposed Motion for Enlargement of Time (ECF No. 74) is GRANTED. Respondents shall have until December 20, 2019 to answer all remaining claims of the First Amended Petition for Writ of Habeas Corpus in this action.

DATED this 5th day of November, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE