UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

STEVEN NELSON MURRAY,

    Petitioner,

v.

JERRY HOWELL, *et al.*,

    Respondents.

Case No. 2:12-cv-02212-RFB-VCF

ORDER

In this habeas corpus action, Petitioner Steven Nelson Murray, represented by appointed counsel, has filed a Motion for an Evidentiary Hearing. (ECF No. 85). Respondents have filed a Motion for Extension of Time requesting a thirty-day extension of time to respond to the motion. (ECF No. 86). Respondents' counsel states that the extension is necessary because she is relatively new to the case. Murray does not oppose the motion. The Court finds that the motion is made in good faith and not solely for the purpose of delay and that there is good cause for the extension. The Court will therefore grant the motion. However, the Court will not look favorably upon any additionally motions to extend this deadline.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 86) is **GRANTED**. Respondents will have up to and including **June 17, 2020**, to file their response to the Motion for Evidentiary Hearing.

DATED THIS 18th day of May, 2020.

_____
RICHARD F. BOULWARE,
UNITED STATES DISTRICT JUDGE

1