UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN NELSON MURRAY,<br><br>　　Petitioner,<br><br>　　v.<br><br>JERRY HOWELL, *et al.*,<br><br>　　Respondents. | Case No. 2:12-cv-02212-RFB-VCF<br><br>ORDER |

In this habeas corpus action, counseled Petitioner Steven Nelson Murray filed a Motion for an Evidentiary Hearing on May 4, 2020. (ECF No. 85). Respondents were due to respond on May 18, 2020, but moved to extend the deadline by thirty days to June 17, 2020. (ECF No. 86). The Court granted the motion. (ECF No. 87). On June 17, 2020, Respondents filed another Motion for Extension of Time, requesting an additional thirty-day extension to July 17, 2020. (ECF No. 89). Respondents' counsel states that the extension is necessary because she is relatively new to the case and has obligations in other cases. Murray does not oppose the motion. The Court finds that Respondents' Motion for Extension of Time is made in good faith and not solely for the purpose of delay, and that there is good cause for an extension. However, given the nature of this motion— a relatively uncomplicated eight-page motion—the Court determines an additional thirty-day extension is excessive. The Court will therefore grant Respondents' Motion for Extension of Time in part, extending the deadline for the response to the Motion for Evidentiary Hearing by twenty days to July 7, 2020. Petitioner will have seven days to reply, as provided in Local Rule 7-2(b). The Court will not extend these deadlines further absent extraordinary circumstances.

Petitioner has also filed a Motion for Leave to File Supplemental Authorities in support of his reply to Respondent's Answer to the Amended Petition. (ECF No. 88). The

proposed notice of supplemental authorities is attached to the motion. (ECF No. 88-1). On June 17, 2020, Respondents filed a Notice of Non-Opposition. (ECF No. 90). The Court determines that there is good cause to file the notice of supplemental authorities and will therefore grant the motion seeking leave to file that notice.

As a final matter, the Court is informed that Murray is incarcerated at Nevada's Three Lakes Conservation Camp, where Jerry Howell is warden. Therefore, pursuant to Federal Rule of Civil Procedure 25(d), Jerry Howell will be substituted for Brian E. Williams, Sr. as the Respondent Warden on the docket for this case.

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 89) is **GRANTED IN PART** and **DENIED IN PART**. Respondents will have up to and including **July 7, 2020**, to file their response to the Motion for Evidentiary Hearing. Petitioner will then have seven (7) days to file a reply. The Court will not extend these deadlines absent extraordinary circumstances.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Leave to File Notice of Supplemental Authorities (ECF No. 88) is **GRANTED**. The Clerk of the Court is directed to separately file the Notice of Supplemental Authorities (ECF No. 88-1).

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Civil Procedure 25(d), the Clerk of the Court is directed to substitute Jerry Howell for Brian E. Williams, Sr. as the Respondent Warden on the docket for this case.

DATED THIS 18th day of June, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE