UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN NELSON MURRAY,<br><br>    Petitioner,<br><br>v.<br><br>JERRY HOWELL, *et al.*,<br><br>    Respondents. | Case No. 2:12-cv-02212-RFB-VCF<br><br>ORDER |

In this habeas corpus action, on December 24, 2020, the Court granted, in part, the petition for writ of habeas corpus of Steven Nelson Murray, who is represented by appointed counsel, and judgment was entered accordingly. ECF Nos. 114, 115. Pursuant to Federal Rule of Appellate Procedure 23(c), the Court ordered Murray released from physical custody, under supervision by the United States Probation Office for the District of Nevada, pending appeal. Id. The respondents appealed (ECF No. 116), and the Ninth Circuit Court of Appeals reversed and remanded in an order filed on May 24, 2022 (ECF No. 121). The Court of Appeals filed an amended order reversing and remanding on July 8, 2022. ECF No. 122. The mandate of the Court of Appeals was issued on November 22, 2022 (but was not filed on the docket in this case until December 20, 2022). ECF No. 129.

On November 30, 2022, Respondents filed a Motion to Revoke Petitioner's Release from Physical Custody. ECF No. 124. Respondents state in their motion:

> Because Federal Rule of Appellate Procedure 23(c) no longer applies, and the United States Court of Appeals for the Ninth Circuit has confirmed the validity of his judgment of conviction, this Court should issue an order revoking petitioner's release from physical custody forthwith.

ECF No. 124 at 2. The parties have fully briefed Respondents' motion and have submitted proposed orders. ECF Nos. 124, 125, 126, 128, 131, 132, and 133. As Murray's appeal

has concluded, with the Court of Appeals reversing and remanding, there is no longer authority for Petitioner's release from physical custody. Good cause appearing, therefore,

**IT IS ORDERED** that Respondents' Motion to Revoke Petitioner's Release from Physical Custody (ECF No. 124) is **GRANTED**. The Court's December 24, 2020, order releasing Petitioner Steven Nelson Murray (ECF No. 114) from physical custody is revoked.

**IT IS FURTHER ORDERED** that the United States Probation Office for the District of Nevada or any peace officer in the State of Nevada shall take petitioner into custody and arrange for him to be transferred into the custody of the Nevada Department of Corrections.

**IT IS FURTHER ORDERED** that Respondents shall file a notice in this action, informing the Court when Petitioner has been returned to the physical custody of the Nevada Department of Corrections.

DATED THIS 12th day of January, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE